### J. M. PRITCHARD v. THE STATE.

No. 3560. Decided May 26, 1915.

Rehearing 'denied June 23, 1915.

**Theft—Statement of Facts.**

In the absence of a statement of facts, an unsworn statement of the defendant filed with the case can not be considered on appeal.

Appeal from the County Court of Smith. Tried below before the Hon. Jesse F. Odom.

Appeal from a conviction of theft; penalty, a fine of $300 and sixty days confinement in the county jail.

The opinion states the case.

*J. M. Pritchard,* for himself.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of misdemeanor theft. The record is before us without a statement of facts or bill of exceptions. There is a statement of the defendant filed on the 18th of February, in which is stated many things, which can not be considered. It is a matter not even sworn to nor approved by the court. It seems to be in the nature of a history of the case from his viewpoint during the progress of the trial. There is no evidence introduced to sustain it. The exceptions which he states were taken are not in the record. The matter is in such condition that it can not be considered. Nothing in it is verified in any way or undertaken to be verified, except by the unsworn statement of the defendant, who seems to have acted as his own attorney. As the case is before us there is nothing we can review.

The judgment will, therefore, be affirmed.

*Affirmed.*

[Rehearing denied June 23, 1915.—Reporter.]